UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                                  CASE NO: 8:23-CR-25-VMC-AEP

ANNARELLA RIVERA,
    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF CONDITIONAL RELEASE

The Defendant, ANNARELLA RIVERA, through the undersigned attorney, and moves this Court to modify the conditions of conditional release ordered in this case on March 29, 2023. As grounds for this motion, the Defendant would state:

1. On March 29, 2023, the Defendant was brought before the Court appeared at her initial appearance and detention hearing before Magistrate Judge Alicia M. Otazo-Reyes in the Southern District of Florida.

2. The Court set conditions for conditional release for the Defendant.

3. One condition was that the Defendant could travel between the Southern District and Middle District of Florida while the Defendant was in the Southern District. However, once the Defendant moved to the Middle District, the Defendant's travel was limited to the Middle District of Florida.

4. The Defendant has other court cases in the Southern District of Florida pending. Therefore, the Defendant needs to travel to the Southern District of Florida for court appearances and meetings with her attorneys for those cases.

5. In addition, the Defendant has a minor child that remained in the Southern District of Florida for continuation of school. The child is active in school and extra-curricular activities, and the Defendant would like to travel to the Southern District to attend the child's school functions and activities.

6. The Defendant is requesting this Court modify the condition of pretrial release limiting her movement to the Middle District of Florida and allow her to travel to the Southern District of Florida to appear for court and meetings with attorneys, and any other necessary appearances associated with any pending cases in the Southern District.

7. In addition, the Defendant is requesting this Court modify the condition of pretrial release limiting her movement to the Middle District of Florida and allow her to travel to the Southern District of Florida to attend her child's school functions and extra-curricular activities.

8. The undersigned has contacted Pretrial Services Officer, Charlene Cohen, who has stated she has no objection to this Motion, as long as the Defendant notifies pretrial of the travel in advance.

9. The undersigned has contacted Lisa Thelwell, Assistant United States Attorney in this matter, and she has indicated that she has no objection to this motion as long as the Defendant notifies pretrial of the travel in advance and the travel is approved by pretrial services.

WHEREFORE, the Defendant prays that this Court modify the conditions of release so that the Defendant can travel to the Southern District of Florida for any court appearances, meeting with attorneys, and any other necessary appearances associated with any pending cases in the Sothern District of Florida, as stated above.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Attorney's Office, via CMECF efiling on this 6th day of April, 2023.

> Respectfully Submitted,
>
> OLIVERO LAW, P.A.
>
> By: /s/ Shiobhan Olivero
> *Shiobhan Olivero, Esq.*
> Florida Bar No.: 84543
> 1463 Oakfield Drive, Suite 129
> Brandon, Florida 33511;
> (813) 654-5777 (phone)
> (813) 579-4781 (fax)
> eservice@oliverolaw.com;
> solivero@oliverolaw.com;
> danielle@oliverolaw.com
> Attorney for Defendant