# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                                                        CASE NO. 8:23-cr-00025-VMC-AEP

ANNARELLA RIVERA
    a/k/a "Rivers"

    Defendant.
_____/

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Undersigned counsel Gus M. Centrone, pursuant to Middle District of Florida Local Rule 2.02, respectfully moves for the Court to substitute as counsel for Rivers attorney Brian Shrader.

The grounds supporting this motion are set forth below:

1.     The Defendant, Annarella "Rivers" Rivera, was indicted on March 22, 2023, on three counts related to a violation of the FACE Act. Doc. 54. Undersigned counsel was appointed to represent Rivers on February 20, 2024.[1]

2.     For personal reasons, undersigned counsel will be taking an indefinite leave of absence from the practice of law.

---

[1] Rivers prior counsel was permitted to withdraw from the matter at which point undersigned counsel was appointed. Doc. 189.

3. Attorney Vanessa King has graciously agreed to step in for undersigned counsel and take over Rivers's representation. Counsel has discussed the case with Ms. King and will turn over his file.

4. Further, Rivers consents to the substitution. *See* Local Rule 2.02(c)(1)(B)(i).

5. Ms. King is a highly-experienced federal criminal defense attorney and counsel has no doubt that she will ably and effectively represent Rivers.

6. Undersigned counsel therefore requests that he be permitted to withdraw from representation in this matter and that attorney Vanessa King be appointed in his stead.

WHEREFORE, undersigned counsel Gus M. Centrone respectfully moves for leave to withdraw as CJA counsel of record for Defendant in this matter and further requests, the appointment of Vanessa King as new CJA counsel of record for Defendant.

## Rule 3.01(g) Certification

Undersigned counsel conferred with Counsel for the United States, Assistant United States Attorney Stacie Harris, regarding the relief requested in this motion. Ms. Harris has authorized the undersigned to represent that the United States does not oppose the relief requested in this motion.

Respectfully submitted,

/s/ *Gus M. Centrone*
Gus M. Centrone (FBN 30151)
gcentrone@kmf-law.com
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396
Telephone:   (813) 229-1118
Facsimile:   (813) 221-6750
*CJA Counsel for Rivers*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2024, I presented a true and correct copy of the foregoing notice to the Clerk of the United States District Court for the Middle District of Florida via the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

/s/ Gus M. Centrone
Gus M. Centrone

3